PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

ROBERT L. LEE (*Pro hac vice* to be filed)
JESSICA E. JACOB (*Pro hac vice* to be filed)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
Bob.Lee@alston.com
Jessica.Jacob@alston.com

Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TOMMY BAHAMA GROUP, INC., | Case No. |
|---|---|
| Plaintiff, | **NOTICE OF PENDENCY OF ANOTHER ACTION OR PROCEEDING** |
| vs. | |
| RICHARD SEXTON, | |
| Defendant. | |

Plaintiff Tommy Bahama Group, Inc. ("Tommy Bahama") files this Notice of Pendency of Another Action or Proceeding in compliance with Civil Local Rule 3-13.

On or about November 27, 2007, Richard Sexton, the Defendant in this case, filed a complaint in Small Claims Court in Marin County, CA, against Tommy Bahama's parent, Oxford Industries, Inc., and eBay, Inc., alleging that Tommy Bahama's use of eBay's VeRO program to remove his

{00016008.DOC; 1}                                1

NOTICE OF PENDENCY OF ANOTHER ACTION OR PROCEEDING

listings constituted, amongst other things, negligent and fraudulent conduct and unfair business practices. These proceedings need not be coordinated.

Dated: December 14, 2007

SNYDER MILLER & ORTON LLP

By: _____
PETER MERINGOLO
Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.