1  PETER P. MERINGOLO (State Bar No. 197136)
   SNYDER MILLER & ORTON LLP
2  111 Sutter Street, Suite 1950
   San Francisco, CA 94104
3  Telephone: (415) 962-4400
   Facsimile: (415) 962-4401
4  pmeringolo@smollp.com

5  ROBERT L. LEE (*Pro hac vice* to be filed)
   JESSICA E. JACOB (*Pro hac vice* to be filed)
6  ALSTON & BIRD LLP
   One Atlantic Center
7  1201 West Peachtree Street
   Atlanta, GA 30309-3424
8  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
9  Bob.Lee@alston.com
   Jessica.Jacob@alston.com
10
   Attorneys for Plaintiff
11 TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TOMMY BAHAMA GROUP, INC., | Case No. |
|---|---|
| Plaintiff, | **TOMMY BAHAMA GROUP, INC. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| RICHARD SEXTON, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

{00016006.DOC; 1}    1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Oxford Industries, Inc., parent of plaintiff Tommy Bahama

Dated: December 14, 2007

SNYDER MILLER & ORTON LLP

By: _____
PETER MERINGOLO
Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

{00016006.DOC; 1}                           2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS