
Clerk's Use Only
Initial for fee pd.:

Robert L. Lee
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000

**FILED**

2007 DEC 21 P 2: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TOMMY BAHAMA GROUP, INC.

          Plaintiff(s),

v.

RICHARD SEXTON,

          Defendant(s).

CASE NO. CV 07 6360 RMW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert L. Lee, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Tommy Bahama Group, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Peter P. Meringolo, Snyder Miller & Orton LLP, 111 Sutter Street, Suite 1950, San Francisco, Ca 94104, Tel: (415) 962-4400, Fax: (415) 962-4401.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/20/07