UNITED STATES DISTRICT COURT
Northern District of California

TOMMY BAHAMA GROUP, INC.

CASE NO. CV 07 6360 RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.
RICHARD SEXTON,

Defendant(s).

Robert L. Lee, an active member in good standing of the bar of Georgia whose business address and telephone number (particular court to which applicant is admitted) is

Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, GA 30309-3424, Tel: 404-881-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Tommy Bahama Group, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/7/08

_____
United States District Judge