PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

ROBERT L. LEE (*Pro hac vice*)
JESSICA E. JACOB (*Pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Bob.Lee@alston.com
Jessica.Jacob@alston.com

Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD SEXTON, <br><br> Defendant. | Case No. C 07-06360 <br><br> **CERTIFICATE OF SERVICE** |

I, Michelle Traina, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 111 Sutter Street, Suite 1950, San Francisco, California 94104. On **February 29, 2008**, I served the within documents:

1) Civil Cover Sheet;
2) Notice of Pendency of Another Action or Proceeding;
3) Tommy Bahama Group, Inc. Certification of Interested Entities or Persons;
4) Standing Order Re: Pretrial Preparation;
5) Standing Order Regarding Case Management in Civil Cases;
6) Standing Order regarding Contents of Joint Case Management Statement;

{00017358.DOC; 1}                    1

7) ECF Registration Information Handout;
8) Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
9) U.S.D.C. Guidelines;
10) Criminal and Civil Law and Motion/trial/settlement/case Management /dismissal Hearing Schedules; and
11) Drop Box Filing Procedures.

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below.

David C. Phillips, Esq.
Phillips, Erlewine & Given, LLP
50 California Street, 35th Floor
San Francisco, CA 94111

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Michelle Traina

{00017358.DOC; 1}                                2

CERTIFICATE OF SERVICE