PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

ROBERT L. LEE (*Pro hac vice*)
JESSICA E. JACOB (*Pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Bob.Lee@alston.com
Jessica.Jacob@alston.com

Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD SEXTON, <br><br> Defendant. | Case No. C 07-06360 <br><br> **NOTICE AND ACKNOWLEDGEMENT OF RECEIPT** |

TO:   RICHARD SEXTON
      105 Camino Margarita
      Nicasio, CA 94946

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days of the date of mailing shown below may subject you to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

---

{00016418.DOC; 1}                                    1

NOTICE OF SERVICE OF SUMMONS AND ACKNOWLEDGEMENT OF RECEIPT

This form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to sender, service of summons is deemed complete on the day you sign the acknowledgement of receipt below.

Date of mailing: January 8, 2008

SNYDER MILLER & ORTON LLP

By: _____
PETER MERINGOLO
Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of the following documents: (*as to those highlighted*)

- Summons;
- Complaint for Injunctive Relief and Damages, Demand for Jury Trial;
- Civil Cover Sheet;
- Notice of Pendency of Another Action or Proceeding;
- Tommy Bahama Group, Inc. Certification of Interested Entities or Persons;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Standing Order Re: Pretrial Preparation;
- Standing Order Regarding Case Management in Civil Cases;
- Standing Order regarding Contents of Joint Case Management Statement;
- ECF Registration Information Handout;
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
- U.S. D. C. Guidelines;
- Criminal and Civil Law and Motion/trial/settlement/case Management /dismissal Hearing Schedules; and
- Drop Box Filing Procedures.

*(To be completed by recipient):*

Date this form is signed: February 28, 2008

By: _____, Counsel to Richard Sexton
RICHARD SEXTON or Authorized Person

Snyder Miller & Orton LLP

{00016418.DOC; 1}                                2

NOTICE OF SERVICE OF SUMMONS AND ACKNOWLEDGEMENT OF RECEIPT

PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

ROBERT L. LEE (*Pro hac vice*)
JESSICA E. JACOB (*Pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Bob.Lee@alston.com
Jessica.Jacob@alston.com

Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD SEXTON, <br><br> Defendant. | Case No. C 07-06360 <br><br> **CERTIFICATE OF SERVICE** |

I, Michelle Traina, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 111 Sutter Street, Suite 1950, San Francisco, California 94104. On **January 8, 2008,** I served the within documents:

1) Summons;
2) Complaint for Injunctive Relief and Damages, Demand for Jury Trial;
3) Civil Cover Sheet;
4) Notice of Pendency of Another Action or Proceeding;
5) Tommy Bahama Group, Inc. Certification of Interested Entities or Persons;
6) Order Setting Initial Case Management Conference and ADR Deadlines;

{00016427.DOC; 1}                                      1

CERTIFICATE OF SERVICE

7) Standing Order Re: Pretrial Preparation;
8) Standing Order Regarding Case Management in Civil Cases;
9) Standing Order regarding Contents of Joint Case Management Statement;
10) ECF Registration Information Handout;
11) Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
12) U.S.D.C. Guidelines;
13) Criminal and Civil Law and Motion/trial/settlement/case Management /dismissal Hearing Schedules; and
14) Drop Box Filing Procedures

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below.

Richard Sexton
105 Camino Margarita
Nicasio, CA 94946

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                                             **Michelle Traina**

Snyder Miller & Orton LLP

{00016427.DOC; 1}               2

CERTIFICATE OF SERVICE