1   DAVID C. PHILLIPS (State Bar No. 032611)
    MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2   PHILLIPS, ERLEWINE & GIVEN LLP
    50 California Street, 35th Floor
3   San Francisco, California 94111
    Telephone: (415) 398-0900
4   Facsimile: (415) 398-0911

5   Attorneys for Defendant
    RICHARD SEXTON
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  TOMMY BAHAMA GROUP, INC.,            )   CASE NO. C07-06360-RMW
                                         )
                    Plaintiff,           )   STIPULATION TO EXTEND
13                                       )   DEFENDANT'S TIME TO
    v.                                   )   ANSWER OR OTHERWISE
14                                       )   RESPOND TO COMPLAINT
                                         )
    RICHARD SEXTON                       )
15                                       )   [LOCAL RULE 6-1]
                    Defendant.           )
16                                       )
                                         )
17  ─────────────────────────────────── )

18      Plaintiff Tommy Bahama Group, Inc. and defendant Richard Sexton, by and

19  through their respective counsel, hereby stipulate that defendant's time to answer or

20  otherwise respond to the complaint in this action be extended by fifteen days, to April 3,

21  2008.

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\mmb-stipulation-031708.wpd

1

2   DATED: March 19, 2008                    SNYDER MILLER & ORTON LLP

3

4

5

6                                            By: _____

7                                                PETER P. MERINGOLO
                                                 Attorneys for Plaintiff Tommy Bahama Group, Inc.
8

9

10  DATED: March 18, 2008                    PHILLIPS, ERLEWINE & GIVEN LLP

11

12

13

14                                           By: _____

15

16                                               DAVID C. PHILLIPS
                                                 Attorneys for Defendant RICHARD SEXTON
17

18

19

20

21

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\mmb-stipulation-031708.wpd