# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TOMMY BAHAMA GROUP, INC.,

          Plaintiff(s),

    v.

RICHARD SEXTON,

          Defendant(s).
_____/

CASE NO. C 07-06360

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 18, 2008.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Peter P. Meringolo | Plaintiff Tommy Bahama | (415) 962-4414 | pmeringolo@smollp.com |
| David C. Phillips | Defendant Richard Sexton | (415) 398-0900 | dcp@phillaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March 28, 2008

Dated: March 28, 2008

/s/ Peter P. Meringolo
Attorney for Plaintiff

/s/ David C. Phillips
Attorney for Defendant

Rev 12.05