DAVID C. PHILLIPS (State Bar No. 032611)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
RICHARD SEXTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SEXTON, <br><br> Defendant. | CASE NO. C07-06360-RMW <br><br> ANSWER TO COMPLAINT OF DEFENDANT RICHARD SEXTON, COUNTERCLAIMS AND JURY DEMAND |

Defendant RICHARD SEXTON ("Defendant") hereby answers the Complaint as follows:

1. Answering Paragraph 1, the allegations thereof are legal conclusions that require no response;

2. Answering Paragraph 2, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

3. Answering Paragraph 3, Defendant admits that he resides in Nicasio, California and that he has sold apparel through eBay. Except as specifically admitted, Defendant denies the allegations thereof.

4. The matters contained in Paragraph 4 are legal conclusions and require no response.

5. The matters contained in Paragraph 5 are legal conclusions and require no response.

6. The matters contained in Paragraph 6 are legal conclusions and require no response.

## FACTUAL BACKGROUND

7. Answering Paragraph 7, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

8. Answering Paragraph 8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

9. Answering Paragraph 9, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

10. Answering Paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

11. Answering Paragraph 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

12. Answering Paragraph 12, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

13. Answering Paragraph 13, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

14. Answering Paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

15. Answering Paragraph 15, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

16. Answering Paragraph 16, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and denies them.

17. Answering Paragraph 17, the allegations concerning Plaintiff's "famous mark" are legal conclusions that require no response.

18. Answering Paragraph 18, Defendant is without sufficient knowledge or

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

1  information to form a belief as to the truth of the allegations thereof and on these grounds denies
2  them.

3      19.    Answering Paragraph 19, the allegations thereof are legal conclusions
4  that require no response.

5      20.    Answering Paragraph 20, the allegations thereof are legal conclusions that require
6  no response.

7      21.    Answering Paragraph 21, the allegations thereof are legal conclusions that require
8  no response.

9      22.    Answering Paragraph 22, Defendant is without sufficient knowledge or
10 information to form a belief as to the truth of the allegations in this paragraph and on these
11 grounds denies them.

12     23.    Defendant denies the allegations of Paragraph 23.

13     24.    Defendant admits that Plaintiff contacted eBay and asserted that Defendant was
14 allegedly infringing rights of Plaintiff through the eBay listing of Defendant, which claim
15 Defendant denies.

16     25.    Defendant admits that eBay in response to Plaintiff's allegations removed the
17 challenged listings of Defendant, and Defendant complained.

18     26.    Answering Paragraph 26, Defendant is without sufficient knowledge or
19 information to form a belief as to the truth of the allegations thereof, and on these grounds denies
20 them.

21     27.    Answering Paragraph 27, Defendant denies that his eBay listings offered
22 unauthorized or counterfeit Tommy Bahama apparel. Defendant admits that he filed a complaint
23 in Small Claims Court in Marin County, California against Plaintiff's parent company. Except as
24 specifically admitted, Defendant denies the allegations thereof.

25     28.    Defendant admits that he is not an "authorized distributor" of Tommy Bahama
26 apparel and alleges that he was not required to be to sell Bahama apparel as he was doing on
27 eBay before Plaintiff interfered.

28     29.    Defendant denies the allegations of Paragraph 29.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

ANSWER TO COMPLAINT - CASE NO.C07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\mmb-answer-040108.wpd

3

30. Defendant denies the allegations of Paragraph 30.

31. Defedant denies the allegations of Paragraph 31.

## COUNT I

32. Answering Paragraph 32, Defendant incorporates his responses to Paragraphs 1 through 32 of the Complaint.

33. Answering paragraph 33, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and on these grounds denies them.

34. Defendant denies the allegations of Paragraph 34.

35. Defendant denies the allegations of Paragraph 35.

36. Defendant denies the allegations of Paragraph 36.

37. Defendant denies the allegations of Paragraph 37.

38. Defendant denies the allegations of Paragraph 38.

## COUNT II

39. Answering Paragraph 39, Defendant incorporates by reference his responses to Paragraphs 1 through 38 of the Complaint.

40. Answering Paragraph 40, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and on these grounds denies the same.

41. Defendant denies the allegations of Paragraph 41.

42. Defendant denies the allegations of Paragraph 42.

43. Defendant denies the allegations of Paragraph 43.

44. Defendant denies the allegations of Paragraph 44.

45. Defendant denies the allegations of Paragraph 45.

## COUNT III

46. Answering Paragraph 46, Defendant incorporates by reference his responses to Paragraphs 1 through 46 of the Complaint.

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

ANSWER TO COMPLAINT - CASE No.C07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\mmb-answer-040108.wpd

4

47. Answering Paragraph 47, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations thereof and on these grounds denies them.

48. Defendant denies the allegations of Paragraph 48.

49. Defendant denies the allegations of Paragraph 49.

50. Defendant denies the allegations of Paragraph 50.

51. Defendant denies the allegations of Paragraph 51.

52. Defendant denies the allegations of Paragraph 52.

## COUNT IV

53. Answering Paragraph 53, Defendant incorporates by reference his responses to Paragraphs 1 through 52 of the Complaint.

54. Defendant denies the allegations of Paragraph 54.

55. Defendant denies the allegations of Paragraph 55.

56. Defendant denies the allegations of Paragraph 56.

57. Defendant denies the allegations of Paragraph 57.

58. Defendant denies the allegations of Paragraph 58.

59. Defendant denies the allegations of Paragraph 59.

## COUNT V

60. Answering paragraph 60, defendant incorporates by response his responses to Paragraphs 1 through 59 of the Complaint.

61. Answering Paragraph 61, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and therefore denies the same.

62. Defendant denies the allegations of Paragraph 62.

63. Defendant denies the allegations of Paragraph 63.

64. Defendant denies the allegations of Paragraph 64.

65. Defendant denies the allegations of Paragraph 65.

66. Defendant denies the allegations of Paragraph 66.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

## COUNT VI

67. Answering Paragraph 67, Defendant incorporates by reference his responses to Paragraphs 1 through 66 of the Complaint.

68. Defendant denies the allegations of Paragraph 68.

69. Defendant denies the allegations of Paragraph 69.

70. Defendant denies the allegations of Paragraph 70.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state claims upon which relief can be granted.

### Second Affirmative Defense

Defendant's business practice is not unlawful.

### Third Affirmative Defense

Defendant's business practice is not "unfair" within the meaning of California Business and Professions Code section 17200.

### Fourth Affirmative Defense

Defendant's business practice is and was not likely to mislead the public.

### Fifth Affirmative Defense

Defendant's claims are barred by the doctrine of laches.

WHEREFORE, defendant prays:

1) Plaintiff take nothing by its Complaint and that the Complaint be dismissed;

2) For costs of suit incurred herein; and

3) For such other and further relief as the Court deems just and proper.

## COUNTERCLAIMS

Defendant and counter claimant, for his counterclaims against plaintiff and counter defendant, Tommy Bahama Group, Inc. states and alleges as follows:

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

ANSWER TO COMPLAINT - CASE NO. C07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\unmb-answer-040108.wpd

6

## THE PARTIES

1. Defendant and counterclaimant Richard Sexton, ("Sexton") is an individual domiciled within the Northern District of California.

2. Upon information and belief, plaintiff and counterclaim defendant Tommy Bahama Group, Inc. ("Bahama") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

## FACTUAL BACKGROUND

3. Since 2001, Sexton has been in the business of buying discounted merchandise and selling said merchandise for a profit on eBay, which business is Sexton's significant source of income.

4. As part of his business, Sexton purchases Bahama merchandise at discounted prices, which he resells on eBay. Sexton has purchased all Bahama merchandise offered for sale by him from established retailers, including but not limited to, Macy's, Bloomingdale's, Tommy Bahama stores and Tommy Bahama outlets, all of which on information and belief are retailers authorized by counterclaim defendant herein to sell such goods.

5. Sexton did not purchase or sell counterfeit Bahama merchandise through eBay or otherwise.

6. Bahama falsely notified eBay that Sexton was selling counterfeit goods when in fact all of the Bahama merchandise that Sexton was offering for sale on eBay was authentic and purchased from authorized Bahama retailers.

7. In October 2007, Bahama wrongfully informed eBay that Sexton's postings contained counterfeit Bahama merchandise. As a result of this misinformation, eBay deleted *certain* of Sexton's auction offerings. Upon learning of this action, Sexton contacted Bahama and assured it that Sexton's merchandise was authentic. Sexton then re-posted his auction offerings of Bahama merchandise. In order to demonstrate their authenticity, Sexton included in his eBay posting, as requested by Bahama, photographs of sales tags. Despite this

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

ANSWER TO COMPLAINT - CASE NO.C07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\mmb-answer-040108.wpd

7

evidence and without contacting or making any inquiry of Sexton, Bahama again wrongfully informed eBay that Sexton was dealing in counterfeit goods.

8.  As the direct result of Bahama's misrepresentations, eBay blocked Sexton from its website, thereby destroying Sexton's business.

### FIRST COUNTERCLIAM

#### Defamation

12.  Sexton reincorporates and realleges the allegations contained in paragraphs 1 through 11 above.

13.  Bahama communicated to a third party (eBay) false, defamatory and disparaging information concerning Sexton and his business, namely that Sexton was dealing in counterfeit goods.

14.  Bahama's wrongful actions have damaged Sexton's business and reputation causing him subtantial economic loss.

### SECOND CAUSE OF ACTION

#### Intentional Interference with Prospective Economic Advantage

15.  Sexton reincorporates and realleges the allegations contained in Paragraphs 1 through 14 above.

16.  Sexton had an economic relationship with eBay, from which he derived, and it was probable that he would continue to derive, economic benefit.

17.  Bahama knew of Sexton's relationship with eBay.

18.  Bahama intentionally disrupted Sexton's relationship with eBay by falsely informing eBay that Sexton was dealing in counterfeit goods and causing eBay to take down certain of Sexton's auction postings and to block him from selling products on eBay.

19.  Sexton suffered economic injury as a result of Bahama's actions.

20.  Bahama's actions are unlawful and are therefore independently wrongful.

### THIRD CAUSE OF ACTION

#### Negligent Interference with Prospective Economic Advantage

21.  Sexton reincorporates and realleges the allegations contained in paragraphs 1

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35ᵗʰ Floor
San Francisco, CA 94111
(415) 398-0900

through 20 above.

22. Sexton had an economic relationship with eBay, from which Sexton had a probable future economic benefit.

23. Bahama knew of the economic relationship between Sexton and eBay.

24. It was reasonably foreseeable that Bahama's erroneous counterfeiting notification to eBay would interfere with this relationship.

25. Bahama acted negligently when it wrongly informed eBay that Sexton was offering counterfeit goods for sale.

26. Bahama's false notification to eBay caused Sexton to lose the economic benefit he derived from his relationship with eBay.

**PRAYER FOR RELIEF**

WHEREFORE, counterclaimant RICHARD SEXTON prays for the following relief against counterclaim defendant Tommy Bahama Group, Inc.:

1) Actual, consequential and special damages, including lost profits and other monetary relief in amounts to be proven at trial;

2) Punitive damages;

3) Pre-judgment and post-judgment interest;

4) Costs and attorney fees.

**JURY DEMAND**

Sexton demands a jury trial on all issues so triable.

DATED: April 8, 2008

PHILLIPS, ERLEWINE & GIVEN LLP

By: /s/ David C. Phillips
DAVID C. PHILLIPS
Attorneys for Defendant and Counterclaimant
RICHARD SEXTON

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

ANSWER TO COMPLAINT - CASE NO.C07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\mmb-answer-040108.wpd

9