PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD SEXTON, <br><br> Defendant. | Case No. C 07-06360-RMW <br><br> **REQUEST FOR TELEPHONIC APPEARANCE - INITIAL CASE MANAGEMENT CONFERENCE** - CIVIL L.R. 16-10(a)) <br><br> Date: April 18, 2008 <br> Time: 10:30 a.m. <br> Courtroom: 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |

Pursuant to Civil Local Rule 16-10(a), I request permission to appear telephonically at the initial case management conference set for April 18, 2008 at 10:30.

My contact information is:

    Peter P. Meringolo
    Snyder Miller & Orton LLP
    111 Sutter Street, Suite 1950
    San Francisco, CA 94104
    Fax: 415-962-4401
    Direct: 415-962-4414
    Email: pmeringolo@smollp.com

Dated: April 9, 2008

Respectfully Submitted,

By: _____/s/_____
Peter P. Meringolo, Esq.
Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.