1  DAVID C. PHILLIPS (State Bar No. 032611)
   PHILLIPS, ERLEWINE & GIVEN LLP
2  50 California Street, 35th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-0900
   Facsimile: (415) 398-0911
4
   Attorneys for Defendant
5  RICHARD SEXTON

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11 TOMMY BAHAMA GROUP, INC.,              ) CASE NO. C07-06360-RMW
                                          )
12              Plaintiff,                ) **REQUEST FOR TELEPHONIC
                                          ) APPEARANCE - INITIAL CASE
13 v.                                     ) MANAGEMENT CONFERENCE
                                          ) [CIV. L.R. 16-10(a)]**
14 RICHARD SEXTON                         )
                                          ) Date: April 18, 2008
15              Defendants.               ) Time: 10:30 a.m.
                                          ) Courtroom: 6, 4th Floor
16 _____) Judge: Ronald M. Whyte

17     Pursuant to Civil Local Rule 16-10(a), I request permission to appear by telephone at the

18 Initial Case Management Conference set for April 18, 2008 at 10:30 a.m.

19     My contact info is:

20     David C. Phillips
       Phillips, Erlewine & Given LLP
21     50 California Street, 35th Floor
       San Francisco, CA 94111
22     Tel: (415) 398-0900
       Fax: (415) 398-0911
23     Email: dcp@phillaw.com

24 DATED: April 10, 2008                    PHILLIPS, ERLEWINE & GIVEN LLP

25

26                                          By: /s/ David C. Phillips
                                                DAVID C. PHILLIPS
27                                              Attorneys for Defendant RICHARD SEXTON

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

REQUEST FOR TELEPHONIC APPEARANCE - C 07-05673JL
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dmg-request for telephonic appearance-041008