PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

ROBERT L. LEE (*Pro hac vice*)
JESSICA E. JACOB (*Pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Bob.Lee@alston.com
Jessica.Jacob@alston.com

Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> RICHARD SEXTON, <br><br> Defendant/Counter-Plaintiff. | Case No. C 07-06360-RMW <br><br> **STIPULATION TO EXTEND PLAINTIFF'S TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS** <br><br> [Civil L.R. 6-1] |

Plaintiff Tommy Bahama Group, Inc. and defendant Richard Sexton, by and through their respective counsel, hereby stipulate that plaintiff's time to answer or otherwise respond to the counterclaims in this action be extended by fifteen days, to May 13, 2008.

| | | |
|---|---|---|
| 1 | Dated: April 25, 2008 | SNYDER MILLER & ORTON LLP |
| 2 | | |
| 3 | | By: _____ |
| | | PETER P. MERINGOLO |
| 4 | | Attorneys for Plaintiff |
| | | TOMMY BAHAMA GROUP, INC. |
| 5 | | |
| 6 | Dated: April 26, 2008 | PHILLIPS, ERLEWINE & GIVEN LLP |
| 7 | | |
| 8 | | By: _____ |
| | | DAVID C. PHILLIPS |
| 9 | | Attorneys for Defendant |
| | | RICHARD SEXTON |

{00018718.DOC; 1}

2

STIPULATION TO EXTEND PLAINTIFF'S TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS
Case No. C 07-06360-RMW