### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: April 18, 2008

Case No. C-07-06360-RMW          JUDGE: Ronald M. Whyte

TOMMY BAHAMA GROUP, INC.          -v- RICHARD SEXTON
Title

P. Meringolo via Phone          D. Phillips via Phone
Attorneys Present          Attorneys Present

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

### PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

 Hearing Held.  The parties advised the Court that they want to settle the case quickly.  Defendant to send plaintiff's counsel photos of the shirts for review.  If it is determined that the shirts are counterfeit, the parties are referred to a magistrate judge for an early settlement conference.  The Court set a Further Case Management Conference for June 20, 2008 @ 10:30 am.