1  PETER P. MERINGOLO (State Bar No. 197136)
   SNYDER MILLER & ORTON LLP
2  111 Sutter Street, Suite 1950
   San Francisco, CA 94104
3  Telephone: (415) 962-4400
   Facsimile: (415) 962-4401
4  E-mail: pmeringolo@smollp.com

5  ROBERT L. LEE (*Pro hac vice*)
   JESSICA E. JACOB (*Pro hac vice*)
6  ALSTON & BIRD LLP
   One Atlantic Center
7  1201 West Peachtree Street
   Atlanta, GA 30309-3424
8  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
9  E-mail: Bob.Lee@alston.com
   E-mail: Jessica.Jacob@alston.com
10
   Attorneys for Plaintiff
11 TOMMY BAHAMA GROUP, INC.

12 DAVID C. PHILLIPS (State Bar No. 032611)
   MEAGAN McKINLEY-BALL (State Bar No. 245375)
13 PHILLIPS, ERLEWINE & GIVEN, LLP
   50 California Street, 35th Floor
14 San Francisco, CA 94111
   Telephone: (415) 398-0900
15 Facsimile: (415) 398-0911
   E-mail: dcp@phillaw.com
16
   Attorneys for Defendant
17 RICHARD SEXTON

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                           SAN JOSE DIVISION

22  TOMMY BAHAMA GROUP, INC.,          | Case No. C 07-06360-RMW

23           Plaintiff/ Counter-Defendant, | **JOINT CASE MANAGEMNT CONFERENCE STATEMENT**

24  vs.                                |
                                        | Date:      June 20, 2008
25                                      | Time:      10:30 a.m.
                                        | Courtroom: 6, 4th Floor
26  RICHARD SEXTON,                     | Judge:     Hon. Ronald M. Whyte

27           Defendant/ Counter-Plaintiff.

28

{00019741.DOC; 1}

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-06360-RMW

Settlement discussions are on-going. On May 8, 2008, Tommy Bahama delivered a written settlement offer to Mr. Sexton. On May 29, 2008, Mr. Sexton authorized sending to Tommy Bahama six shirts that were in his possession. Those shirts are now being inspected by Tommy Bahama personnel. The parties anticipate further settlement conversations during the week of June 16, 2008.

We understand from the Court that this matter has been, or soon will be, referred to Magistrate Seeborg for a settlement conference. That conference has not yet been scheduled. The parties stand ready to participate in that conference and to resolve expeditiously this matter.

Dated: June 6, 2008                                Respectfully Submitted,

By: _____/ s /_____
Peter P. Meringolo, Esq.
SNYDER MILLER & ORTON LLP
Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.


By: _____/ s /_____
Meagan McKinley-Ball, Esq.
PHILLIPS, ERLEWINE & GIVEN, LLP
Attorneys for Defendant and Counterclaimant
RICHARD SEXTON