IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SEXTON, <br><br> Defendant. | *<u>E-FILED - 6/10/08</u>* <br><br> CASE NO.: C-07-06360-RMW <br><br> **CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for June 20, 2008, has been continued to **August 8, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Revised Joint Case Management Statement by August 1, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: <u>June 10, 2008</u>

*/s/ Jackie Lynn Ga*

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | Copy of Order E-Filed to Counsel of Record: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |