1  DAVID C. PHILLIPS (State Bar No. 032611)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Defendant
   RICHARD SEXTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TOMMY BAHAMA GROUP, INC., | ) | CASE NO. C07-06360-RMW |
|---|---|---|
| Plaintiff, | ) | REQUEST AND STIPULATION FOR POSTPONEMENT OF THE CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| RICHARD SEXTON | ) | Date: August 8, 2008 |
| Defendant. | ) | Time: 10:30 a.m. |
| | ) | Judge: Hon. Ronald M. Whyte |

At the instance of defendant, the parties hereby stipulate and request that the second case management conference in this matter be postponed from August 8, 2008 to August 22, 2008 at a time to be set by the Court.

DATED: July 11, 2008                SNYDER MILLER & ORTON LLP

                                    By: _____
                                        PETER P. MERINGOLO
                                        Attorneys for Plaintiff Tommy Bahama Group, Inc.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (5341.1)\pld\dcp-stipulation-071108.wpd

1
2  DATED: July 11, 2008                           PHILLIPS, ERLEWINE & GIVEN LLP
3
4                                                 By: _____
5                                                       DAVID C. PHILLIPS
                                                   Attorneys for Defendant RICHARD SEXTON
6
7  It is so ordered.
8
9  Dated: _____          _____
10                                                 Judge of the United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-071108.wpd

2