1  DAVID C. PHILLIPS (State Bar No. 032611)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

   ***E-FILED - 7/24/08***

5  Attorneys for Defendant
   RICHARD SEXTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SEXTON <br><br> Defendant. | CASE NO. C07-06360-RMW <br><br> REQUEST AND STIPULATION FOR POSTPONEMENT OF THE CASE MANAGEMENT CONFERENCE AND ORDER <br><br> Date: August 8, 2008 <br> Time: 10:30 a.m. <br> Judge: Hon. Ronald M. Whyte |

At the instance of defendant, the parties hereby stipulate and request that the second case management conference in this matter be postponed from August 8, 2008 to August 22, 2008 at a time to be set by the Court.

DATED: July 11, 2008                    SNYDER MILLER & ORTON LLP

                                        By: /s/ Peter P. Meringolo
                                        PETER P. MERINGOLO
                                        Attorneys for Plaintiff Tommy Bahama Group, Inc.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-071108.wpd

1

2  DATED: July 11, 2008                    PHILLIPS, ERLEWINE & GIVEN LLP

3

4                                          By: _____

5                                              DAVID C. PHILLIPS
                                               Attorneys for Defendant RICHARD SEXTON
6

7  It is so ordered.

8

9  Dated: __7/24/08__                      _Ronald M. Whyte_____
                                           Judge of the United States District Court
10

11

12

...

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-071108.wpd

2