PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

ROBERT L. LEE (*Pro hac vice*)
JESSICA E. JACOB (*Pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Bob.Lee@alston.com
Jessica.Jacob@alston.com

Attorneys for Plaintiff
TOMMY BAHAMA GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD SEXTON, <br><br> Defendant. | Case No. C 07-06360 <br><br> **CERTIFICATE OF SERVICE** |

I, Michelle Traina, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 111 Sutter Street, Suite 1950, San Francisco, California 94104. On **August 6, 2008**, I served the following document:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE PATRICIA TRUMBULL
SETTLEMENT CONFERENCE PROCEDURES**

{00016427.DOC; 1}                                            1

CERTIFICATE OF SERVICE

1  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in
2  the **United States mail** at San Francisco, California addressed as set forth below.

3      David C. Phillips, Esq.
    Phillips, Erlewine & Giyen, LLP
4      50 California Street, 35th Floor
    San Francisco, CA 94111
5      Telephone:   (415) 398-0900
    Facsimile:   (415) 398-0911
6      *Attorneys for Defendant Richard Sexton*

7      I am readily familiar with the firm's practice of collection and processing correspondence
8  for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
9  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
10 motion of the party served, service is presumed invalid if postal cancellation date or postage meter
11 date is more than one day after date of deposit for mailing in affidavit.

12     I declare under penalty of perjury under the laws of the State of California that the
13 foregoing is true and correct.

                                                                        *[signature]*
14                                                                         **Michelle Traina**

15
16
17
18
19
20
21
22
23
24
25
26
27
28