```
 1  DAVID C. PHILLIPS (State Bar No. 032611)
    MEAGAN MCKINLEY-BALL (State Bar No. 245375)
 2  PHILLIPS, ERLEWINE & GIVEN LLP
    50 California Street, 35th Floor
 3  San Francisco, California 94111
    Telephone: (415) 398-0900
 4  Facsimile: (415) 398-0911

 5  Attorneys for Defendant
    RICHARD SEXTON
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11
    TOMMY BAHAMA GROUP, INC.,       )   CASE NO. C07-06360-RMW
12                                  )
                  Plaintiff,        )   REQUEST AND STIPULATION OF
13                                  )   THE PARTIES TO CHANGE THE
    v.                              )   CASE MANAGEMENT
14                                  )   CONFERENCE DATE
    RICHARD SEXTON                  )
15                                  )   Present Date: September 12, 2008
                  Defendant.        )   Time: 10:30 a.m.
16                                  )   Judge: Hon. Ronald M. Whyte
                                    )
17  _____)

18      The parties hereby stipulate and request that the court change the date of the second Case

19  Management Conference herein from September 12, 2008 at 10:30 a.m. to a date later in the

20  week of September 28, 2008 following the settlement conference herein, which is being

21  postponed to Monday, September 29, 2008 at 2:00 p.m. with Magistrate Judge Trumbull. The

22  change is requested so that the Parties can continue their settlement discussions and to

23  accommodate the schedules of counsel and the parties.

24  DATED:                              SNYDER MILLER & ORTON LLP

25

26                                      By: /s/ Peter P. Meringolo

27                                          PETER P. MERINGOLO
                                            Attorneys for Plaintiff Tommy Bahama Group, Inc.
28
```

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-081508.wpd

| | |
|---|---|
| 1   DATED: August 18, 2008 | PHILLIPS, ERLEWINE & GIVEN LLP |
| 2 | |
| 3 | By: _____ |
| 4 | DAVID C. PHILLIPS<br>Attorneys for Defendant RICHARD SEXTON |

7   It is so ordered.

9   Dated: _____

                                                Judge of the United States District Court

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
34th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-081508.wpd

2