```
 1  DAVID C. PHILLIPS (State Bar No. 032611)
    MEAGAN MCKINLEY-BALL (State Bar No. 245375)
 2  PHILLIPS, ERLEWINE & GIVEN LLP
    50 California Street, 35th Floor
 3  San Francisco, California 94111
    Telephone: (415) 398-0900
 4  Facsimile: (415) 398-0911

 5  Attorneys for Defendant
    RICHARD SEXTON
 6
                                                        *E-FILED - 9/10/08*
 7

 8             IN THE UNITED STATES DISTRICT COURT

 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11
    TOMMY BAHAMA GROUP, INC.,          )   CASE NO. C07-06360-RMW
12                                     )
                   Plaintiff,          )   REQUEST AND STIPULATION OF
13                                     )   THE PARTIES TO CHANGE THE
    v.                                 )   CASE MANAGEMENT
14                                     )   CONFERENCE DATE
    RICHARD SEXTON                     )      AND ORDER
15                                     )   Present Date: September 12, 2008
                   Defendant.          )   Time: 10:30 a.m.
16                                     )   Judge: Hon. Ronald M. Whyte
                                       )
17  _____)
```

18    The parties hereby stipulate and request that the court change the date of the second Case

19 Management Conference herein from September 12, 2008 at 10:30 a.m. to a date later in the

20 week of September 28, 2008 following the settlement conference herein, which is being

21 postponed to Monday, September 29, 2008 at 2:00 p.m. with Magistrate Judge Trumbull. The

22 change is requested so that the Parties can continue their settlement discussions and to

23 accommodate the schedules of counsel and the parties.

24  DATED:                          SNYDER MILLER & ORTON LLP

25

26                                  By: /s/ Peter Meringolo

27                                       PETER P. MERINGOLO
                                    Attorneys for Plaintiff Tommy Bahama Group, Inc.
28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dep-stipulation-081508.wpd

1 | DATED: August 18, 2008                PHILLIPS, ERLEWINE & GIVEN LLP

By: *David C. Phillips*

DAVID C. PHILLIPS
Attorneys for Defendant RICHARD SEXTON

It is so ordered.  A Further Case Management Conference is hereby reset to October 17, 2008 @ 10:30 a.m. A Revised Joint CMC Statement is due 10/10/08.

Dated: 9/10/08                            *Ronald M. Whyte*

Judge of the United States District Court

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
34th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-081508.wpd

2